| | |
|---|---|
| TRAVIS J. LILLIE (CA SBN 267339)<br>GABRIEL OZEL (CA SBN 269098)<br>ALEXIS BORNHOFT (CA SBN 270200)<br>PITE DUNCAN LLP<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-0933<br>Telephone: (858) 750-7600<br>Facsimile: (619) 590-1385 | |

Attorneys for WELLS FARGO BANK, N.A. ALSO KNOWN AS WACHOVIA MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A, AND FORMERLY KNOWN AS WACHOVIA MORTGAGE FSB, FORMERLY KNOWN AS WORLD SAVINGS BANK, FSB

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>FREDERICK SPENCER CLARK,<br><br>Debtor(s). | Case No. 10-49823<br><br>Chapter 7<br><br>R.S. No. EXC-112<br><br>EXHIBITS TO [PROPOSED] ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY<br>(11 U.S.C. § 362 and Bankruptcy Rule 4001)<br><br>DATE: November 5, 2010<br>TIME: 10:00 AM<br>CTRM: 215<br><br>1300 Clay Street<br>Oakland, CA 94612 |

/./././
/./././
/./././
/./././
/./././
/./././
/./././

- 1 -

EXHIBIT "A"

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF CONCORD, COUNTY OF CONTRA COSTA, STATE OF CALIFORNIA AND IS DESCRIBED AS FOLLOWS:

LOT 705, MAP OF SUBDIVISION 3250, FILED OCTOBER 30, 1963, MAP BOOK 96, PAGE 3, CONTRA COUNTY RECORDS.

EXCEPTING THEREFROM: "ALL OIL, GAS, CASINGHEAD GASOLINE AND OTHER HYDROCARBON AND MINERAL SUBSTANCES BELOW A POINT 500 FEET BELOW THE SURFACE OF SAID LAND, TOGETHER WITH THE RIGHT TO TAKE, REMOVE, MINE AND DISPOSE OF ALL SAID OIL, GAS, CASINGHEAD GASOLINE AND OTHER HYDROCARBON AND MINERAL SUBSTANCES, BUT WITHOUT ANY RIGHT WHATSOEVER TO ENTER UPON THE SURFACE OF SAID LAND OR UPON ANY PART OF SAID LAND WITHIN 500 FEET THEREOF," AS RESERVED IN THE DEEDS FROM DANA DANA ESTATES, INC., RECORDED NOVEMBER 25, 1959, BOOK 3502, OFFICIAL RECORDS, PAGE 495, RECORDED MARCH 1, 1960, BOOK 3566, OFFICIAL RECORDS, PAGE 19.

FOR INFORMATIONAL PURPOSES ONLY: THE APN IS SHOWN BY THE COUNTY ASSESSOR AS 114-563-005-7; SOURCE OF TITLE IS DOCUMENT NO. 2005-0444589-00 (RECORDED 11/17/05)

End of Document